IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARMEN PARKS                                                                    PLAINTIFF

V.                                          4:23CV01097 JM

AMERICAN HEART ASSOCIATION INC.                                 DEFENDANT

## ORDER

Plaintiff filed her complaint on November 17, 2023. No certificate of service has been filed and no action has been taken in the case since the initial filing. For this reason, the case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts.").

The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of August, 2024 .

_____
James M. Moody Jr.
United States District Judge